FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-13-0001140
20-MAY-2019
08:15 AM

NO. CAAP-13-0001140

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

SPAR MARKETING SERVICES, INC., Appellant-Appellee,
v.
STATE OF HAWAI'I, DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS,
EMPLOYMENT SECURITY APPEALS REFEREES' OFFICE,
Appellee-Appellant,
and
THAD J. INOKUCHI, Appellee-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 12-1-2084)

ORDER OF CORRECTION
(By: Hiraoka, J., for the court[1])

The Opinion of the Court, filed on February 22, 2019, is hereby corrected as follows:

1. On page 6, in the ninth line, the reference to "P.3d" should be replaced with "P.2d" so that as corrected, the text reads: "HRS § 383-6 (1985); Homes Consultant Co., 2 Haw. App. at 423-24, 633 P.2d at 567."

2. On page 9, in the first line, the reference to "P.3d" should be replaced with "P.2d" so that as corrected, the text reads: "Consultant Co., 2 Haw. App. at 423-24, 633 P.2d at 567, we need . . . ."

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawai'i, May 20, 2019.

FOR THE COURT:

Associate Judge

---

[1] Fujise, Presiding Judge, Reifurth and Hiraoka, JJ.